AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

Tushawn Craig, et al.
*Plaintiff*
v.
Cornerstone Trading Group, LLC, City of Richmond, IN
*Defendant*

Civil Action No. 1:23-cv-01575-TWP-MJD

## SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Mike Emery

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place: Birch Bayh Federal Building<br>United States Courthouse, Courtroom #344<br>46 East Ohio Street, Indianapolis, Indiana 46204 | Courtroom No.: 344<br>Date and Time: 09/17/2026 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 08/21/2026

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

OR

/s/ Arie J. Lipinski
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Cornerstone Trading Group, LLC and Seth Smith, who issues or requests this subpoena, are:

Arie J. Lipinski, Lipinski Law, 951 N Delaware St, Indianapolis, IN 46202-3377
email: lipinski@lipinski-law.com; telephone number: 317-605-9223

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 1:23-cv-01575-TWP-MJD

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* ______________________

on *(date)* ______________ .

❐ I served the subpoena by delivering a copy to the named person as follows: ______________________

______________________________________________ on *(date)* ______________ ; or

❐ I returned the subpoena unexecuted because: ______________________________________________

______________________________________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ______________ .

My fees are $ 88.64 for travel and $ 40.00 for services, for a total of $ 128.64 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________________________
*Server's signature*

______________________________________________
*Printed name and title*

______________________________________________
*Server's address*

Additional information regarding attempted service, etc.:

Witness may be asked to return to Court on later date(s) if testimony is not completed on date herein that witness is commanded to appear. Cornerstone Trading Group, LLC and Seth Smith's attorney may designate other date(s) and time(s) for witness to be appear upon reasonable notice.

**LIPINSKI LAW OFFICE LLC**
951 N DELAWARE ST
INDIANAPOLIS, IN 46202-3377

1076
71-859/749

Date: 8-21-2026

Pay to the Order of: Mike Emery

$ 128.64

One hundred twenty-eight and 64/100 Dollars

Photo Safe Deposit Details on back

FIFTH THIRD BANK

For: Witness/Mileage Fee

MP

⑆074908594⑆ 7980983725⑈ 01076

Harland Clarke

074908594 0107

998058 3725

IPINSKI LAW OFFICE LLC

**Security Features exceed industry standards and include:**

- ImageMatch®: Matching account and check number on back (Patent No. 9,240,088)
- MobileMark®: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave® pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit® icon visible on front and back

**Do not cash if:**

- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back

Photo Safe Deposit

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT

WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

IDORSE HERE

LIPINSKI LAW
Lipinski Law
951 N Delaware St
Indianapolis, IN 46202-3377

**USPS CERTIFIED MAIL®**

9507 1066 8346 6233 3176 31

RETURN RECEIPT

U.S. POSTAGE IMI
$9.28
RDC 99
46074 FCM
Date of sale
08/21/26 SSK
02 8WS
2000392697
04716082118125

FOLD HERE

Mike Emery
PO Box 9
Richmond, IN 47375

LN 8/25

47375$0009 B001

PLACE THIS LABEL TO THE LEFT OF THE POSTAGE