IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TUSHAWN CRAIG and<br>MARQUETTA STOKES,<br>Plaintiffs, | ) | |
| vs | ) | Case No. 1:23-cv-01575-TWP-MJD |
| CORNERSTONE TRADING<br>GROUP, LLC, SETH SMITH, and<br>CITY OF RICHMOND, INDIANA,<br>Defendants. | ) | |

**TENDER OF PROPOSED LIMITING INSTRUCTION LANGUAGE**

The City of Richmond, Indiana (the "City"), by counsel, tenders the full text of the limiting instruction it proposed during the September 14, 2025, examination of Jeff Gabbard and states as follows:

1. During the direct examination of Jeff Gabbard, Plaintiffs offered Exhibits 27, 28, 29, and 530. The City objected to the admissibility of those exhibits on relevance grounds, but proposed the following limiting instruction could satisfy the City's objection:

> You may consider this evidence only for the limited purpose of evaluating whether the City had notice or general awareness of the condition of 310 and 358 as of the date of Exhibit ___. You must not consider this evidence for any other purpose, including (1) as evidence that the City was negligent in its enforcement of city codes, for which it has statutory immunity under Indiana law; and (2) as evidence of the City's knowledge at the time of the fire in 2023 of the conditions of the property or volume of plastic on 310 and 358.

2. Plaintiffs agreed to the first sentence but objected to the remainder of the proposed limiting instruction, and the Court read the first sentence to the jury as the limiting instruction.

3. Because the proposed text for the limiting instruction was tendered in writing to the Court during the trial and not read into the record, the City respectfully submits the full version of the proposed limiting instruction now.

Respectfully submitted,

*/s/ Andrew M. McNeil*___
Andrew M. McNeil (No. 19140-49)
Bradley R. Sugarman (No. 22152-49)
Seth M. Thomas (No. 25834-49)
Jackson L. Schroeder (No. 35355-49)
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
amcneil@boselaw.com
bsugarman@boselaw.com
sthomas@boselaw.com
jschroeder@boselaw.com

*Attorneys for Defendant,*
*City of Richmond, Indiana*

## CERTIFICATE OF SERVICE

I certify that on September 15, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record via email.

John A. Smalley
Benjamin D. Felton
Alexander H. Mann
DYER, GAROFALO, MANN & SCHULTZ
131 North Ludlow Street, Suite 1400
Dayton, OH 45402
jsmalley@dgmslaw.com
bfelton@dgmslaw.com
amann@dgmslaw.com

*Attorneys for Plaintiffs*

Arie J. Lipinski
LIPINSKI LAW
951 N Delaware Street
Indianapolis, IN 46202
lipinski@lipinski-law.com

*Attorney for Seth Smith, Cornerstone Trading Group, LLC, and My-Way Trading, Inc.*

*/s/ Andrew M. McNeil*
Andrew M. McNeil