| | | |
|---|---|---|
| TUSHAWN CRAIG and MARQUETTA STOKES,<br>Plaintiffs, | ) | |
| vs | ) | Civil Action No. 1:23-cv-01575-TWP-MJD |
| CORNERSTONE TRADING GROUP, LLC, SETH SMITH, and CITY OF RICHMOND, INDIANA,<br>Defendants. | ) | |

**VERDICT FORM**

We, the Jury in the above-captioned action, unanimously find:

that Cornerstone Trading Group, LLC, Seth Smith, City of Richmond, Indiana were not at fault, and therefore decide in favor of the Defendants Cornerstone Trading Group, LLC, Seth Smith, and City of Richmond Indiana, and against the Plaintiffs, Tushawn Craig and Marquetta Stokes.

______________________ ______________________

Date Presiding Juror

| | |
|---|---|
| TUSHAWN CRAIG and MARQUETTA STOKES,<br>Plaintiffs,<br><br>vs<br><br>CORNERSTONE TRADING GROUP, LLC, SETH SMITH, and CITY OF RICHMOND, INDIANA,<br>Defendants. | Civil Action No. 1:23-cv-01575-TWP-MJD |

## VERDICT FORM ON NEGLIGENCE CLAIMS

We, the Jury in the above-captioned action, unanimously find:

that the total amount of Tushawn Craig's negligence damages, without considering the fault percentages, is $ 5,000 .

We, the Jury, assign the following percentages of fault:

| | |
|---|---|
| 1st Defendant, Cornerstone | [30]% |
| 2nd Defendant, Seth Smith | [30]% |
| 3rd Defendant City of Richmond | [40]% |
| TOTAL | 100% |

(The fault percentages listed in the blanks must total 100%)

9/18/26      [redacted]

Date      Presiding Juror

| | |
|---|---|
| TUSHAWN CRAIG and MARQUETTA STOKES,<br>Plaintiffs,<br><br>vs<br><br>CORNERSTONE TRADING GROUP, LLC, SETH SMITH, and CITY OF RICHMOND, INDIANA,<br>Defendants. | Civil Action No. 1:23-cv-01575-TWP-MJD |

## VERDICT FORM ON NEGLIGENCE CLAIMS

We, the Jury in the above-captioned action, unanimously find:

that the total amount of Marquetta Stokes's negligence damages, without considering the fault percentages, is $ 5,000.

We, the Jury, assign the following percentages of fault:

| | |
|---|---|
| 1st Defendant, Cornerstone | [30]% |
| 2nd Defendant, Seth Smith | [30]% |
| 3rd Defendant City of Richmond | [40]% |
| TOTAL | 100% |

(The fault percentages listed in the blanks must total 100%).

9/18/26 [redacted]

Date Presiding Juror

| | | |
|---|---|---|
| TUSHAWN CRAIG and MARQUETTA STOKES,<br>Plaintiffs,<br><br>vs<br><br>CORNERSTONE TRADING GROUP, LLC, SETH SMITH, and CITY OF RICHMOND, INDIANA,<br>Defendants. | ) | Civil Action No. 1:23-cv-01575-TWP-MJD |

**VERDICT FORM ON NUISANCE CLAIMS**

We, the Jury in the above-captioned action, unanimously find:

1. Did Plaintiffs prove by the greater weight of the evidence that Cornerstone Trading Group, LLC is liable to Plaintiffs for nuisance.

Yes: X No: ___ (if yes, answer question 2; if no, move to question 3)

2. What are Plaintiffs' damages from Cornerstone's nuisance: 3,000

(answer question 3)

3. Did Plaintiffs prove by the greater weight of the evidence that Seth Smith is liable to Plaintiffs for nuisance.

Yes: X No: ___ (if yes, answer question 4; if no, move to question 5)

4. What are Plaintiffs' damages from Seth Smith's nuisance: 3,000

(answer question 5)

5. Did Plaintiffs prove by the greater weight of the evidence that the City is liable to Plaintiffs for nuisance.

Yes: X No: ___ (if yes, answer No. 6; if no, sign/date the verdict form)

6. What are Plaintiffs' damages from the City's nuisance: 4,000 (sign and date the verdict form)

9/18/26 [redacted]

Date Presiding Juror