**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| TUSHAWN CRAIG,<br>MARQUETTA STOKES,<br><br>Plaintiffs,<br><br>v.<br><br>CORNERSTONE TRADING GROUP, LLC,<br>SETH SMITH,<br>CITY OF RICHMOND, INDIANA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>No. 1:23-cv-01575-TWP-MJD |

**ORDER DIRECTING FURTHER ACTION FROM NON-PARTY COUNSEL**

On September 9, 2026, non-party Mike Emery ("Emery"), through his attorney, Kristopher Cundiff, filed a motion to quash a subpoena, which was issued to him by Defendants Cornerstone Trading Group, LLC and Seth Smith (together, the "Cornerstone Defendants") requiring him to appear in person and testify at trial (Filing No. 405). In that motion, Emery requested attorney's fees pursuant to Fed. R. Civ. P. 45(d). *Id*. The Court granted the motion to quash and took Emery's request for attorney's fees under advisement (Filing No. 417).. The Court also gave the Cornerstone Defendants until October 2, 2026, to respond to the request for attorney's fees. However, the request for fees did not include a fee petition containing an explanation of fees and how they were calculated.

So that the Court may adequately consider the request for fees, Emery's counsel is **ORDERED** to file a petition for fees pursuant to Fed. R. Civ. P. 45(d), including an explanation and calculation of his requested fees, by no later than **Friday, September 25, 2026**. The Cornerstone Defendants must still respond by **Friday, October 2, 2026**.

**SO ORDERED**.

Date: September 21, 2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Kristopher L Cundiff
The Reporters Committee for Freedom of the Press
kcundiff@rcfp.org

Benjamin D. Felton
DYER GAROFALO MANN & SCHULTZ
bfelton@dgmslaw.com

Arie J. Lipinski
Lipinski Law
lipinski@lipinski-law.com

Alexander Mann
Dyer, Garofalo, Mann & Schultz
amann@dgmslaw.com

Andrew M. McNeil
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
amcneil@boselaw.com

Jackson Lee Schroeder
Bose McKinney & Evans LLP
jschroeder@boselaw.com

John Smalley
Dyer, Garofalo, Mann, & Schultz
jsmalley@dgmslaw.com

Brad R. Sugarman
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
bsugarman@boselaw.com

Seth M. Thomas
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
sthomas@boselaw.com