IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TUSHAWN CRAIG and MARQUETTA STOKES, Plaintiffs, | ) | |
| vs | ) | Case No. 1:23-cv-01575-TWP-MJD |
| CORNERSTONE TRADING GROUP, LLC, SETH SMITH, and CITY OF RICHMOND, INDIANA, Defendants. | ) | |

**INITIAL RESPONSE TO DOCKET ENTRY NO. 430**

In the Docket Entry No. 430, the Court directed the City to "supplement its oral motion by filing a written Rule 50(b) motion, and proposed findings of fact and conclusion of law." To clarify, counsel for the City was referring to the immunity issue flagged in the City's trial brief (Dkt. 335) and the requirement for findings from the Court on the City's immunity defense pursuant to Rule 52(a)(1) of the Federal Rules of Civil Procedure. The City will file a written motion requesting such findings and will tender with that motion its proposed findings of fact and conclusions of law within the time set forth by the Court, namely by October 9, 2026.

Respectfully submitted,

*/s/ Andrew M. McNeil*
Andrew M. McNeil (No. 19140-49)
Bradley R. Sugarman (No. 22152-49)
Seth M. Thomas (No. 25834-49)
Jackson L. Schroeder (No. 35355-49)
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000

amcneil@boselaw.com
bsugarman@boselaw.com
sthomas@boselaw.com
jschroeder@boselaw.com

*Attorneys for Cross Claimant, City of Richmond, Indiana*

## CERTIFICATE OF SERVICE

I certify that on September 22, 2026 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record via email.

John A. Smalley
Benjamin D. Felton
Alexander H. Mann
DYER, GAROFALO, MANN & SCHULTZ
131 North Ludlow Street, Suite 1400
Dayton, OH 45402
jsmalley@dgmslaw.com
bfelton@dgmslaw.com

*Attorneys for Plaintiffs*

Arie J. Lipinski
LIPINSKI LAW
951 N Delaware Street
Indianapolis, IN 46202
lipinski@lipinski-law.com

*Attorney for Seth Smith, Cornerstone Trading Group, LLC, and My-Way Trading, Inc.*