IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TUSHAWN CRAIG and MARQUETTA STOKES, Plaintiffs, | ) | |
| vs | ) | Case No. 1:23-cv-01575-TWP-MJD |
| CORNERSTONE TRADING GROUP, LLC, SETH SMITH, and CITY OF RICHMOND, INDIANA, Defendants. | ) | |

**Crossclaim Parties' Joint Motion to Amend September 10, 2026 Order (Dkt. 409.)**

On September 9, 2026, Crossclaimant, the City of Richmond, Indiana (the "City") and Crossclaim Defendants, Cornerstone Trading Group, LLC ("CTG"), My-Way Trading, Inc. ("MWT") and Seth Smith ("Smith") (collectively CTG, MWT, and Smith are referred to as the "Crossclaim Defendants") tendered an Agreed Judgment to the Court. (Dkt. 404.) The City and Crossclaim Defendants informed the Court that once the Agreed Judgment was entered, the trial date for the City's Crossclaims could be vacated. (*Id.* at p. 2.) On September 10, 2026, the Court entered an Order approving the Agreed Judgment. (Dkt. 409.)

On September 15, 2026, the Crossclaim Parties jointly moved by oral motion to amend Dkt. 409. Upon hearing the parties' joint oral motion, the Court directed the City and Crossclaim Defendants to file this joint motion to amend the order.

The City and Crossclaim Defendants note that in its original order the Court deferred entry of final judgment on the City's Crossclaims until all other claims are resolved in this matter. However, under Fed. R. Civ. Proc. 54(b) "when an action presents more than one claim for relief...the court may direct entry of a final judgment as to one or more, but fewer than all, claims...if the court expressly determines that there is no just reason for delay." The Crossclaim Parties jointly submit that there is no just reason for delay of entry of final judgment on the City's Crossclaims as to Count I and Count V.

On March 27, 2026, this Court granted the City's motion for partial summary judgment as to liability as to Counts I and V of the City's Crossclaims. On September 9, 2026, all Crossclaim Parties jointly notified the Court that they had reached a settlement and that they jointly sought entry of an Agreed Judgment. The tendered Agreed Judgment fully resolves Counts I and V of the City's Crossclaims, in favor of the City and against Crossclaim Defendants My-Way Trading, Inc., Cornerstone Trading Group, LLC, and Seth Smith. There are no other parties to the City's Crossclaims beyond the movants who are jointly requesting in this motion that the Court enter final judgment on these claims.

WHEREFORE, the City and Crossclaim Defendants respectfully request the Court to enter a modified and amended order entering final judgment on Counts I and V of the City's Crossclaims. A proposed order reflecting the Amended Order is submitted with this motion.

Respectfully submitted,

/s/ Seth M. Thomas
Andrew M. McNeil (No. 19140-49)
Bradley R. Sugarman (No. 22152-49)
Seth M. Thomas (No. 25834-49)
Jackson L. Schroeder (No. 35355-49)
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
amcneil@boselaw.com
bsugarman@boselaw.com
sthomas@boselaw.com
jschroeder@boselaw.com

*Attorneys for Cross Claimant, City of Richmond, Indiana*

/s/Arie J. Lipinski
Arie J. Lipinski
LIPINSKI LAW
951 N Delaware Street
Indianapolis, IN 46202
lipinski@lipinski-law.com

*Attorney for Cross Claim Defendants, Seth Smith, Cornerstone Trading Group, LLC, and My-Way Trading, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on September 25, 2026 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record via email.

John A. Smalley
Benjamin D. Felton
DYER, GAROFALO, MANN & SCHULTZ
131 North Ludlow Street, Suite 1400
Dayton, OH 45402
jsmalley@dgmslaw.com
bfelton@dgmslaw.com

*Attorneys for Plaintiffs*

*/s/ Seth M. Thomas*
Seth M. Thomas