IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TUSHAWN CRAIG and<br>MARQUETTA STOKES,<br>Plaintiffs, | ) | |
| vs | ) | Case No. 1:23-cv-01575-TWP-MJD |
| CORNERSTONE TRADING<br>GROUP, LLC, SETH SMITH, and<br>CITY OF RICHMOND, INDIANA,<br>Defendants. | ) | |

**<u>Parties' Joint Notice of Intent to Redact</u>**

All Parties, including, Plaintiffs Tushawn Craig and Marquetta Stokes (the "Plaintiffs"), Defendants Cornerstone Trading Group, LLC, Seth Smith ("Cornerstone Defendants") and Defendant the City of Richmond, Indiana (the "City"), by counsel, hereby provide their joint notice to the Court that one or more redaction statements regarding the Transcript filed October 1, 2026 (Dkt. 441), will be submitted within 21 days from the filing of the trial transcripts with the clerk, that is on or before October 22, 2026.

Respectfully submitted,

*/s/ John A. Smalley (with permission)*
John A. Smalley
Benjamin D. Felton
DYER, GAROFALO, MANN & SCHULTZ
131 North Ludlow Street, Suite 1400
Dayton, OH 45402
jsmalley@dgmslaw.com
bfelton@dgmslaw.com

*Attorneys for Plaintiffs*

*/s/ Arie J. Lipinski (with permission)*
Arie J. Lipinski
LIPINSKI LAW
951 N Delaware Street
Indianapolis, IN 46202
lipinski@lipinski-law.com

*Attorney for Defendants Seth Smith and Cornerstone Trading Group, LLC*

*/s/ Seth M. Thomas*
Andrew M. McNeil (No. 19140-49)
Bradley R. Sugarman (No. 22152-49)
Seth M. Thomas (No. 25834-49)
Jackson L. Schroeder (No. 35355-49)
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
amcneil@boselaw.com
bsugarman@boselaw.com
sthomas@boselaw.com
jschroeder@boselaw.com

*Attorneys for Defendant, City of Richmond, Indiana*